**E-Filed 7/23/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAUL A. REDD, JR., <br><br>    Plaintiff, <br><br>  v. <br><br>STEVEN CAMBRA, JR., et al., <br><br>    Defendants. | Case Number C 98-20429 JF <br><br> ORDER RE PLAINTIFF'S REVISED MOTION FOR APPOINTMENT OF COUNSEL <br><br><br> [Doc. No. 119] |

  Plaintiff Paul A. Redd, Jr. has been proceeding *pro se* in this civil rights action since its commencement. On January 11, 2005, the Court referred this action to the Federal Pro Bono Project. However, that organization was unable to locate an attorney willing to represent Plaintiff. On June 6, 2007, Plaintiff filed a renewed motion for appointment of counsel. On July 17, 2007 the Court issued an order denying Defendant's motion for summary judgment.

  Because Plaintiff has survived summary judgment and this matter is ready to proceed to trial, the Court concludes that good cause exists for appointment of counsel. Accordingly, Plaintiff's case will be referred to the Federal Pro Bono Project and the Bar Association of San Francisco, both of which will endeavor to locate an attorney willing to represent Plaintiff. The Clerk of the Court is directed to send a copy of the file to the Federal Pro Bono Project, attention

Irene Cortez, 4 North Second Street, Suite 400, San Jose, CA 95113.  Plaintiff should contact the Bar Association of San Francisco lawyer referral service at (415) 989-1616.  Plaintiff is advised that he remains responsible for litigating this action and complying with all Court orders until such time as the Federal Pro Bono Project or the Bar Association of San Francisco locates an attorney to represent him.

DATED: July 23, 2007

_____
JEREMY FOGEL
United States District Judge

| | |
|---|---|
| 1 | Copies of Order served on: |
| 2 | Allen Robert Crown: allen.crown@doj.ca.gov, ecfcoordinator@doj.ca.gov; docketingsfawt@doj.ca.gov; delia.desuyo@doj.ca.gov; sandee.agustin@doj.ca.gov; |
| 3 | maricris.argarin@doj.ca.gov |
| 4 | Paul D. Gifford: paul.gifford@doj.ca.gov, rhonda.owens@doj.ca.gov |
| 5 | Catherine A. McBrien: catherine.mcbrien@doj.ca.gov, |
| 6 | Julianne Mossler: Julianne.Mossler@doj.ca.gov, lucille.santos@doj.ca.gov, docketingSFCLS@doj.ca.gov |
| 8 | Notice will be delivered by other means to: |
| 9 | David P. Druliner |
|   | CA State Attorney General's Office |
| 10 | 455 Golden Gate Ave |
|    | Suite 11000 |
| 11 | San Francisco, CA 94102-7004 |
| 12 | Bill Lockyer |
|    | CA State Attorney General's Office |
| 13 | 455 Golden Gate Ave |
|    | Suite 11000 |
| 14 | San Francisco, CA 94102-7004 |
| 15 | Paul A. Redd, Jr |
|    | C6 114 |
| 16 | CSP-Sacramento |
|    | CA State Prison-Folsom(New) |
| 17 | P O Box 290066 |
|    | Represa, CA 95671 |

3

Case No. C-98-20429-JF
ORDER RE PLAINTIFF'S REVISED MOTION FOR APPOINTMENT OF COUNSEL
(JFEX2)