1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5
   TRACE O. MAIORINO, State Bar No. 179749
6  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5975
8    Fax: (415) 703-5843

9  Attorneys for Defendant Michael D. Daley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. REDD, JR., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CAMBRA, JR., et al., <br><br> Defendants. | CASE NO. C-98-20429 JF <br><br> STIPULATION TO MOVE DEADLINE FOR PRETRIAL CONFERENCE STATEMENTS AND REFERRAL TO JUDGE VADAS FOR SETTLEMENT MEDIATION; [Proposed] ORDER |

According to the Court's Order of July 17, 2007, the parties are required to submit pretrial statements on October 15, 2007.

Following a conference between the parties, the following stipulations were made:

1. The parties seek a continuance of the deadline to submit pretrial statements to February 20, 2008; and

///

///

Stip. Move Deadline Pretrial Conf. & Referral Judge Vadas Settlement Mediation

Redd v. Cambra, et al.
Case No. C-98-20429 JF

1

2. The parties seek a referral of this matter to Magistrate Judge Nandor Vadas for a settlement conference.

DATED: September __, 2007

_____
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: September 11, 2007

_____
TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Michael D. Daley

## ORDER

The Court's order to submit pretrial documents no later than October 15, 2007 is vacated. In light of the foregoing stipulations, the parties shall submit pretrial documents no later than February 20, 2008.

This matter is referred to Magistrate Judge Nandor Vadas for a settlement mediation.

IT IS SO ORDERED.

Dated: 9/14/07

_____
Jeremy Fogel, Judge

Stip. Move Deadline Pretrial Conf. & Referral Judge Vadas Settlement Mediation

*Redd v. Cambra, et al.*
Case No. C-98-20429 JF

2

2. The parties seek a referral of this matter to Magistrate Judge Nandor Vadas for a settlement conference.

DATED: September 11, 2007

*/s/ Paul A. Redd, Jr.*
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: September __, 2007

_____
TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Michael D. Daley

## ORDER

The Court's order to submit pretrial documents no later than October 15, 2007 is vacated. In light of the foregoing stipulations, the parties shall submit pretrial documents no later than February 20, 2008.

This matter is referred to Magistrate Judge Nandor Vadas for a settlement mediation.

IT IS SO ORDERED.

Dated:_____

_____
Jeremy Fogel, Judge

Stip. Move Deadline Pretrial Conf. & Referral Judge Vadas Settlement Mediation

*Redd v. Cambra, et al.*
Case No. C-98-20429 JF

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Paul A. Redd v. Steven Cambra, Jr., et al.**

No.: **C-98-20429 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 12, 2007**, I served the attached

### STIPULATION TO MOVE DEADLINE FOR PRETRIAL CONFERENCE STATEMENTS AND REFERRAL TO JUDGE VADAS FOR SETTLEMENT MEDIATION; [Proposed] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Paul Alywen Redd, Jr.**
**B-72683**
**California State Prison - Sacramento (New Folsom)**
**P.O. Box 290066**
**Represa, CA 95671**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 12, 2007**, at San Francisco, California.

|                              |                              |
|:----------------------------:|:----------------------------:|
| M.M. Argarin                 | *M.M. Argarin*               |
| Declarant                    | Signature                    |

20104242.wpd