1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
7  Telephone: (415) 703-5975
   Fax: (415) 703-5843
8  Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendant Daley

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

| PAUL A. REDD, JR., | C-98-20429 JF |
|---|---|
| Plaintiff, | STIPULATION TO MOVE DEADLINE FOR PRETRIAL CONFERENCE STATEMENTS; [~~Proposed~~] ORDER |
| v. | |
| STEVEN CAMBRA, JR., et al., | |
| Defendants. | |

According to the Court's Order of September 14, 2007, the parties are required to submit pretrial statements on February 20, 2008.

Following telephone conferences between the parties on January 3, 2008 and January 18, 2008, the following stipulations were made:

    1.    Plaintiff seeks a brief continuance to locate representation;

    2.    This matter was referred to Magistrate Judge Nandor Vadas for settlement mediation. No mediation date has been scheduled. The parties remain amenable to a mediation with Magistrate Judge Nandor Vadas;

Stip. Move Deadline Pretrial Conf. & Referral Judge Vadas Settlement Mediation     *Redd v. Cambra, et al.*
C-98-20429 JF

1

3. The parties seek a continuance of the deadline to submit pretrial statements to April 22, 2008.

DATED: January __, 2008

_____
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: January 24, 2008

*[signature: Trace O. Maiorino]*
TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Daley

## ORDER

The Court's order to submit pretrial documents no later than February 20, 2008 is vacated. In light of the foregoing stipulations, the parties shall submit pretrial documents no later than April 22, 2008.

Defendant's counsel shall contact Magistrate Judge Nandor Vadas to schedule a mediation date.

IT IS SO ORDERED.

Dated: __1/25/08__   _____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stip. Move Deadline Pretrial Conf. & Referral Judge Vadas Settlement Mediation

*Redd v. Cambra, et al.*
C-98-20429 JF

2

3. The parties seek a continuance of the deadline to submit pretrial statements to April 22, 2008.

DATED: January 24, 2008

*/s/ Paul Redd*
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: January ___, 2008

_____
TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Daley

## ORDER

The Court's order to submit pretrial documents no later than February 20, 2008 is vacated. In light of the foregoing stipulations, the parties shall submit pretrial documents no later than April 22, 2008.

Defendant's counsel shall contact Magistrate Judge Nandor Vadas to schedule a mediation date.

IT IS SO ORDERED.

Dated: _____        _____
                              THE HONORABLE JEREMY FOGEL
                              United States District Court Judge

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Redd v. Cambra, et al.**

No.: **C-98-20429 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 24, 2008**, I served the attached

## STIPULATION TO MOVE DEADLINE FOR
## PRETRIAL CONFERENCE STATEMENTS; [Proposed] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Paul Alywen Redd, Jr., B-72683**
**Pelican Bay State Prison**
**P.O. Box 7000**
**Crescent City, CA 95531-7000**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 24, 2008**, at San Francisco, California.

| T. Oakes | Signature |
|---|---|
| Declarant | |

40209972.wpd