IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL A. REDD, JR.

  Plaintiff,

   v

STEVEN CAMBRA, JR,

  Defendants.

Case No C 98-20429 JF

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on March 13, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation

1   (2)     The following individuals, parties, and/or representatives did not appear:

2   (3)     The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the parties will discuss a stipulation to consent to Magistrate Judge Vadas and, if in agreement, will file same for the District Court to review.

Date: March 18, 2008

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REDD,  No. C 98-20429

v.  CERTIFICATE OF SERVICE

CAMBRA
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Paul A. Redd, Jr.**
B-72683
Pelican Bay State Prison
P O Box 7500
D2-117
Crescent City, CA 95531

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk