EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5975
 Fax: (415) 703-5843
 Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendant Daley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. REDD, JR.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>　　　　　　　　　Defendants. | C-98-20429 JF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PRETRIAL STATEMENTS AND TO SET OTHER PRETRIAL DEADLINES; [Proposed] ORDER** |

According to the Court's Order of January 25, 2008, the parties are required to submit pretrial statements on April 22, 2008. The parties have entered a stipulation to continue this deadline and other pretrial deadlines with the Court's approval.

Following the Court's January 25, 2008 order, the parties engaged in a mediation before the Honorable Magistrate Judge Nandor J. Vadas on March 13, 2008. The parties did not reach a settlement, but the parties continued settlement negotiations on April 8, 2008 and April 11, 2008 via telephone conference. No settlement was reached. Following settlement discussions, the parties agreed to a proposed trial date and stipulate to the following proposed schedule:

/ / /

Stip. Deadline Pretrial Statements & Set Other Pretrial Deadlines & Proposed Order　　　*Redd v. Cambra, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C-98-20429 JF

1

| | | |
|---|---|---|
| 1 | Non-Expert Discovery Cut-off | July 18, 2008 |
| 2 | Last Day to Serve Expert Reports | August 8, 2008 |
| 3 | Expert Discovery Cut-off | September 5, 2008 |
| 4,5,6 | Last Day for Parties to Lodge with the Court and Exchange Witness List, Exhibit List, Proposed Jury Instructions, Proposed Jury Questionnaire, and Proposed Voir Dire Questionnaire | October 3, 2008 |
| 7,8 | Last Day to File Pretrial Conference Statement, Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| 9,10 | Last Day to File Objections to Opposing Party's Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| 11 | Last Day to File Motions in Limine, Proposed Jury Questionnaire, and Proposed Voir Dire Questions | October 22, 2008 |
| 12 | Pretrial Conference | October 24, 2008 |
| 13,14 | Last Day to File Oppositions to Motions in Limine and Other Pretrial Motions | October 29, 2008 |
| 14 | Jury Selection | October 31, 2008 |
| 15 | Jury Trial | November 3, 2008 |

DATED: April 16, 2008

*(signature)*
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: April 16, 2008

TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Daley

Stip. Deadline Pretrial Statements & Set Other Pretrial Deadlines & Proposed Order

Redd v. Cambra, et al.
C-98-20429 JF

2

| | |
|---|---|
| Non-Expert Discovery Cut-off | July 18, 2008 |
| Last Day to Serve Expert Reports | August 8, 2008 |
| Expert Discovery Cut-off | September 5, 2008 |
| Last Day for Parties to Lodge with the Court and Exchange Witness List, Exhibit List, Proposed Jury Instructions, Proposed Jury Questionnaire, and Proposed Voir Dire Questionnaire | October 3, 2008 |
| Last Day to File Pretrial Conference Statement, Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| Last Day to File Objections to Opposing Party's Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| Last Day to File Motions in Limine, Proposed Jury Questionnaire, and Proposed Voir Dire Questions | October 22, 2008 |
| Pretrial Conference | October 24, 2008 |
| Last Day to File Oppositions to Motions in Limine and Other Pretrial Motions | October 29, 2008 |
| Jury Selection | October 31, 2008 |
| Jury Trial | November 3, 2008 |

DATED: April __, 2008

_____
PAUL A. REDD, JR.
Plaintiff in Pro Se

DATED: April 16, 2008

*[signature]*
TRACE O. MAIORINO
Deputy Attorney General
Attorney for Defendant Daley

Stip. Deadline Pretrial Statements & Set Other Pretrial Deadlines & Proposed Order

*Redd v. Cambra, et al.*
C-98-20429 JF

2

# ORDER

The Court's order to submit pretrial documents no later than April 22, 2008 is vacated.

In light of the foregoing stipulations, the Court issues the following scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut-off | July 18, 2008 |
| Last Day to Serve Expert Reports | August 8, 2008 |
| Expert Discovery Cut-off | September 5, 2008 |
| Last Day for Parties to Lodge with the Court and Exchange Witness List, Exhibit List, Proposed Jury Instructions, Proposed Jury Questionnaire, and Proposed Voir Dire Questionnaire | October 3, 2008 |
| Last Day to File Pretrial Conference Statement, Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| Last Day to File Objections to Opposing Party's Witness List, Exhibit List, and Proposed Jury Instructions | October 14, 2008 |
| Last Day to File Motions in Limine, Proposed Jury Questionnaire, and Proposed Voir Dire Questions | October 22, 2008 |
| Pretrial Conference | October 24, 2008 |
| Last Day to File Oppositions to Motions in Limine and Other Pretrial Motions | October 29, 2008 |
| Jury Selection | October 31, 2008 |
| Jury Trial | November 3, 2008 |

IT IS SO ORDERED.

Dated: 4/18/08

THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stip. Deadline Pretrial Statements & Set Other Pretrial Deadlines & Proposed Order

*Redd v. Cambra, et al.*
C-98-20429 JF

3