**E-filed 9/10/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. REDD, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. DALEY,<br><br>    Defendant. | Case Number C 98-20429 JF (HRL)<br><br>JUDGMENT |

Plaintiff's action having been dismissed,

Judgment is hereby entered for Defendant and against Plaintiff.

DATED: 9/10/2009

_____
JEREMY FOGEL
United States District Judge

Copies of Judgment served on:

Emily L. Brinkman     Emily.Brinkman@doj.ca.gov, docketingSFCLS@doj.ca.gov, michael.xiang@doj.ca.gov

Trace O. Maiorino     trace.maiorino@doj.ca.gov, docketingSFCLS@doj.ca.gov, timothy.oakes@doj.ca.gov

Paul A. Redd, Jr
B-72683
Pelican Bay State Prison
P O Box 7500
D2-117
Crescent City, CA 95531

2

Case No. C 98-20429 JF (HRL)
JUDGMENT
(JFLC2)