UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul A. Redd, Jr.<br>  Plaintiff(s),<br><br>vs.<br><br>Michael D. Daley<br>  Defendant(s). | Case Number: 98-cv-20429<br><br>ORDER APPOINTING COUNSEL |

  Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Rishi Sharma and Peter Cooper of Paul Hastings LLP are hereby appointed as counsel for Plaintiff Paul A. Redd, Jr. in this matter.

  The scope of this referral shall be for:

  ☐ all purposes for the duration of the case

  ☒ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☒ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:

    ☒ other: pretrial filings and trial

  All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

  IT IS SO ORDERED.

Dated: April 7, 2014

                _____
                United States District Judge Edward M. Chen