| | |
|---|---|
| 1 | RISHI N. SHARMA (Cal. State Bar No. 239034) |
| | PETER A. COOPER (Cal. State Bar No. 275300) |
| 2 | PAUL HASTINGS LLP |
| | 55 Second Street, 24th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 856-7000 |
| 4 | Facsimile: (415) 856-7100 |
| | rishisharma@paulhastings.com |
| 5 | petercooper@paulhastings.com |
| 6 | Attorneys for Plaintiff |
| | Paul A. Redd, Jr. |
| 7 | |
| 8 | KAMALA D. HARRIS |
| | Attorney General of California |
| 9 | DANIELLE F. O'BANNON |
| | Supervising Deputy Attorney General |
| 10 | TRACE O. MAIORINO |
| | Deputy Attorney General |
| 11 | SHARON A. GARSKE |
| | Deputy Attorney General |
| 12 | State Bar No. 215167 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 13 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 703-5975 |
| 14 | Fax: (415) 703-5843 |
| | E-mail: Sharon.Garske@doj.ca.gov |
| 15 | Attorneys for Defendant |
| | Michael D. Daley |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. REDD, JR., | No. C 98-20429 EMC |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICHAEL D. DALEY, | |
| Defendant. | |

## JOINT STIPULATION

Pursuant to Local Rule 6-2, Plaintiff Paul A. Redd, Jr. and Defendant Michael D. Daley, by and through their respective counsel of record, hereby jointly stipulate and respectfully request the Court enter an order as follows:

1. On April 29, 2014, the Court granted the parties' stipulation and continued the case management conference from May 13, 2014, to September 4, 2014. (ECF 222.) Among the reasons for the continuance was the parties' intent to appear before Magistrate Judge Vadas for a settlement conference. (ECF 221.) Magistrate Judge Vadas initially set that conference for August 22, 2014, so that it may be completed before the continued case management conference. (ECF 224.)

2. On August 12, 2014, the parties appeared telephonically before Magistrate Judge Vadas to discuss the upcoming settlement conference. During the telephonic status conference, Magistrate Judge Vadas continued the settlement conference to September 10, 2014, so that he may appear in person for the settlement conference. (*See* ECF 225.)

3. Accordingly, the parties' respectfully request that the Court continue the case management conference to September 25, 2014, to permit the parties to complete the settlement conference before Magistrate Judge Vadas on September 10, 2014.

Dated: August 14, 2014

RISHI N. SHARMA
PETER A. COOPER
PAUL HASTINGS LLP

By:     /s/ Peter A. Cooper
        Peter A. Cooper
        Attorneys for Plaintiff
        Paul A. Redd, Jr.

Dated: August 14, 2014

TRACE O. MAIORINO
SHARON A. GARSKE
CALIFORNIA ATTORNEY GENERAL'S OFFICE

By:     /s/ Sharon A. Garske
        Sharon A. Garske
        Attorneys for Defendant
        Michael D. Daley

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the September 4, 2014, case management conference in this action is continued to September 25, 2014, at 9:30 a.m. The case management statement is to be filed by September 18, 2014.

Dated: August 15, 2014

