For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAUL A. REDD, JR., | No. 3:98-CV-20429 EMC (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| MICHAEL D. DALEY, et al., | |
| Defendants. | |

This case is scheduled for a settlement conference on September 10, 2014, in San Francisco. Plaintiff, who is represented by counsel, shall appear telephonically by dialing 888-684-8852 and entering access code 1868782. Plaintiff's Counsel is instructed to convey this information to Plaintiff's institution, informing them that Plaintiff is to be available on the telephone during the course of the settlement conference.

IT IS SO ORDERED.

Dated: August 26, 2014

NANDOR J. VADAS
United States Magistrate Judge