UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL A. REDD,

    Plaintiff,

v.

MICHAEL D. DALEY,

    Defendant.

Case No. 98-cv-20429-EMC (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on September 10, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff's counsel Rishi N. Sharma and Peter Cooper

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Sharon Garske and Trace Maiorino as well as Kaye Bassett for California Department of Corrections and Rehabilitation.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.  A telephonic status conference is scheduled for November 18, 2014 at 1:00 pm.

**IT IS SO ORDERED.**

Dated: 9/12/14

_____
NANDOR J. VADAS
United States Magistrate Judge