1  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
2  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   rishisharma@paulhastings.com
5  petercooper@paulhastings.com

6  Attorneys for Plaintiff
   Paul A. Redd, Jr.

7

8  KAMALA D. HARRIS
   Attorney General of California
9  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
   TRACE O. MAIORINO
10 Deputy Attorney General
   SHARON A. GARSKE
11 Deputy Attorney General
   State Bar No. 215167
12  455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
13  Telephone: (415) 703-5975
    Fax: (415) 703-5843
14  E-mail: Sharon.Garske@doj.ca.gov

15 Attorneys for Defendant
   Michael D. Daley

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 | PAUL A. REDD, JR.,                | No. C 98-20429 EMC

21 |                                   | **JOINT STIPULATION AND [PR~~OPO~~SED]
   |          Plaintiff,               | ORDER TO CONTINUE DISCOVERY
22 |                                   | CUT OFF DATES**

23 |     vs.                           |

24 | MICHAEL D. DALEY,                 |

25 |                                   |
   |          Defendant.               |
26

27

28

## JOINT STIPULATION

Pursuant to Local Rule 6-2, Plaintiff Paul A. Redd, Jr. and Defendant Michael D. Daley, by and through their respective counsel of record, hereby jointly stipulate and respectfully request the Court enter an order as follows:

1. On October 20, 2014, the Court issued its Case Management and Pretrial Order for Jury Trial (ECF 234). In the Order, the Court set the following discovery deadlines:

- Non-expert discovery cut off: December 4, 2014
- Opening expert reports: December 4, 2014
- Rebuttal expert reports: December 26, 2014
- Expert discovery cut off: January 15, 2015

2. Since the Court's order, the parties have engaged in discussions regarding settlement of Plaintiff's claims and scheduling discovery so as not to prejudice their direct settlement discussions.

3. Accordingly, in order for the parties to explore fully the possibility of settlement of this action, the parties' respectfully request that the Court continue the discovery deadlines as follows:

- Non-expert discovery cut off: February 2, 2015
- Opening expert reports: February 2, 2015
- Rebuttal expert reports: February 23, 2015
- Expert discovery cut off: March 9, 2015

4. The filing of this stipulation does not affect the other case management deadline set by the Court in the October 20, 2014, Order, including the trial and pre-trial dates.

Dated: November 24, 2014

RISHI N. SHARMA
PETER A. COOPER
PAUL HASTINGS LLP

By: s/      Peter A. Cooper
          Peter A. Cooper
Attorneys for Plaintiff Paul A. Redd, Jr.

Dated: November 24, 2014

TRACE O. MAIORINO
SHARON A. GARSKE
CALIFORNIA ATTORNEY GENERAL'S OFFICE

By: s/      Sharon A. Garske
          Sharon A. Garske
Attorneys for Defendant Michael D. Daley

# **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the discovery deadlines set in the October 20, 2014, Case Management and Pretrial Order for Jury Trial (ECF 234) be and hereby are continued as follows:

- Non-expert discovery cut off: February 2, 2015
- Opening expert reports: February 2, 2015
- Rebuttal expert reports: February 23, 2015
- Expert discovery cut off: March 9, 2015

IT IS FURTHER ORDERED that no other case management deadlines are otherwise affected by this order.

Dated: November 26, 2014

IT IS SO ORDERED

Judge Edward M. Chen