RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
rishisharma@paulhastings.com
petercooper@paulhastings.com

Attorneys for Plaintiff
Paul A. Redd, Jr.

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
TRACE O. MAIORINO
Deputy Attorney General
SHARON A. GARSKE
Deputy Attorney General
State Bar No. 215167
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5975
 Fax: (415) 703-5843
 E-mail: Sharon.Garske@doj.ca.gov

Attorneys for Defendant
Michael D. Daley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL A. REDD, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN CAMBRA, JR., et al.,**<br><br>Defendants. | C-98-20429 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND DISCOVERY DATES**<br><br>(Modified) |

1

# JOINT STIPULATION

1.     Pursuant to Local Rule 6-2, Plaintiff Paul A. Redd, Jr. and Defendant Michael D. Daley, by and through their respective counsel of record, hereby jointly stipulate and respectfully request the Court enter an order as follows:

2.     The October 20, 2014, Case Management and Pretrial Order for Jury Trial set the pre-trial conference date on May 12, 2015, and trial on June 8, 2015.  (ECF 234.)

3.     On November 26, 2014, the Court granted the parties' joint stipulated request to continue the discovery deadlines.  (ECF 237.)  In the Order, the Court set the following discovery deadlines:

- Non-expert discovery cut off:          February 2, 2015
- Opening expert reports:                February 2, 2015
- Rebuttal expert reports:               February 23, 2015
- Expert discovery cut off:              March 9, 2015

4.     Since the Court's November 26, 2014 order, the parties have continued to engage in meaningful discussions regarding settlement of this action and scheduling discovery so as not to prejudice their direct settlement discussions.

5.     Defendant's counsel recently learned that their expert witness Robert Bruckman, M.D., is not available for the June 8, 2015, trial due to a prior commitment.  Dr. Bruckman will be out of the country from May 31, 2015 to June 22, 2015.  Dr. Bruckman has confirmed that he would be available to attend and testify at trial the week of June 22, 2015.

6.     Accordingly, in order for the parties to explore fully the possibility of settlement of this action, allow the parties to complete discovery (including Plaintiff's taking the deposition of Defendant Daley and conducting a second independent medical examination), and to allow Defendant's expert to appear and testify at trial, the parties' respectfully request that the Court continue the discovery, pre-trial, and trial deadlines as follows:

- Non-expert discovery cut off:          March 2, 2015
- Opening expert reports:                March 2, 2015
- Rebuttal expert reports:               March 23, 2015

2

|  |  |  |
|---|---|---|
| 1 | •     Expert discovery cut off: | April 6, 2015 |
| 2 | •     Last day to hear dispositive motions: | May 7, 2015 |
| 3 | •     Pre-trial Conference: | May 26, 2015 |
| 4 | •     Trial: | June 22, 2015 |

Dated: January 8, 2015                  Respectfully submitted,

RISHI N. SHARMA
PETER A. COOPER
PAUL HASTINGS LLP

*/S/PETER A. COOPER*
RISHI SHARMA
PETER A. COOPER
*Attorneys for Plaintiff Redd*

Dated: January 8, 2015                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/S/SHARON A. GARSKE*
TRACE O. MAIORINO
SHARON A. GARSKE
Deputy Attorney General
*Attorneys for Defendant Daley*

3

Joint Stipulation & Proposed Order Continue Trial & Disco. Dates  (C-98-20429 EMC)

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the discovery deadlines set in the November 26, 2014, Order (ECF 237) and the trial and pre-trial conference dates set in the October 20, 2014, Case Management and Pretrial Order for Jury Trial (ECF 234) be and hereby are continued as follows:

- Non-expert discovery cut off: March 2, 2015
- Opening expert reports: March 2, 2015
- Rebuttal expert reports: March 23, 2015
- Expert discovery cut off: April 6, 2015
- Last day to hear dispositive motions: ~~May 7, 2015~~ April 16, 2015
- Pre-trial Conference: ~~May 26, 2015~~ May 12, 2015
- Trial: ~~June 22, 2015~~ June 8, 2015

Status conference to be held on 2/5/15 at 10:30 a.m. to discuss trial date. Updated joint status report due 1/29/15.

Dated: January 13, 2015

_____
Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CF1997CX0023
41175052.doc

Joint Stipulation & Proposed Order Continue Trial & Disco. Dates (C-98-20429 EMC)

# CERTIFICATE OF SERVICE

Case Name:   **Redd v. Cambra, et al.**          No.   **C-98-20429 EMC**

I hereby certify that on <u>January 8, 2015,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND DISCOVERY DATES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 8, 2015,</u> at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|:---:|:---:|
| Declarant | Signature |

41175066.doc