1  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
2  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   rishisharma@paulhastings.com
5  petercooper@paulhastings.com

6  Attorneys for Plaintiff
   Paul A. Redd, Jr.
7
8  KAMALA D. HARRIS
   Attorney General of California
   DANIELLE F. O'BANNON
9  Supervising Deputy Attorney General
   TRACE O. MAIORINO
10 Deputy Attorney General
   SHARON A. GARSKE
11 Deputy Attorney General
   State Bar No. 215167
12   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
13   Telephone: (415) 703-5975
     Fax: (415) 703-5843
14   E-mail: Sharon.Garske@doj.ca.gov

15 Attorneys for Defendant
   Michael D. Daley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL A. REDD, JR.,** | C-98-20429 EMC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; PR~~O~~POSED ORDER** |
| v. | |
| **STEVEN CAMBRA, JR., et al.,** | |
| Defendants. | Judge: Honorable Edward M. Chen<br>Trial Date: June 15, 2015 |

1

Stip. Voluntary Dismissal Without Prejudice; Proposed Order (C-98-20429 EMC)

Plaintiff Paul A. Redd and Defendant Michael D. Daley have resolved this case in its entirety. Each party shall bear its own litigation costs and attorney's fees.

The parties jointly request that the Court vacate all deadlines and the June 15, 2015 trial date. The parties will file a dismissal with prejudice upon finalizing the settlement agreement and release and payment of the settlement monies.

The parties stipulate to a dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: <u>February 26, 2015</u>         PAUL HASTINGS LLP

                                By:   <u>/s/RISHI N. SHARMA</u>
                                      RISHI N. SHARMA
                                      PETER A. COOPER
                                      *Attorneys for Plaintiff Paul A. Redd*

Dated: <u>February 26, 2015</u>         KAMALA D. HARRIS
                                        Attorney General of The State of California

                                By:   <u>/s/SHARON A. GARSKE</u>
                                      TRACE O. MAIORINO
                                      SHARON A. GARSKE
                                      Deputy Attorney General
                                      *Attorneys for Defendant Michael D. Daley*

**ORDER**

In accordance with the parties stipulation, this action is dismissed without prejudice. All deadlines, including the June 15, 2015 trial date are vacated. The parties will file a dismissal with prejudice upon finalizing the settlement agreement and release and payment of the settlement monies. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: 3/2/15

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

Case Name: **Redd v. Cambra, et al.**  No. **C-98-20429 EMC**

I hereby certify that on February 27, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 27, 2015, at San Francisco, California.

| D. Criswell | s/ D. Criswell |
|---|---|
| Declarant | Signature |

41223611.doc