1  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
2  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   rishisharma@paulhastings.com
5  petercooper@paulhastings.com

6  Attorneys for Plaintiff
   Paul A. Redd, Jr.
7
   KAMALA D. HARRIS
8  Attorney General of California
   DAMON G. MCCLAIN
9  Supervising Deputy Attorney General
   TRACE O. MAIORINO
10 Deputy Attorney General
   SHARON A. GARSKE
11 Deputy Attorney General
   State Bar No. 215167
12  1515 Clay Street, 20th Floor
    Oakland, CA 94612-1492
13  Telephone: (510) 622-4464
    Fax: (510) 622-2270
14  E-mail: Sharon.Garske@doj.ca.gov

15 Attorneys for Defendant
   Michael D. Daley
16

17            IN THE UNITED STATES DISTRICT COURT

18          FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21 **PAUL A. REDD, JR.,** | C-98-20429 EMC |
| 22                        Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; PROPOSED ORDER** |
| 23     **v.** | |
| 24 | |
| 25 **STEVEN CAMBRA, JR., et al.,** | Judge:   Honorable Edward M. Chen |
| 26                        Defendants. | Trial Date:  June 15, 2015 |

27

28

1

1    Plaintiff Paul A. Redd and Defendant Michael D. Daley have resolved this case in its

2    entirety. Each party shall bear its own litigation costs and attorney's fees.

3        The parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil

4    Procedure 41(a)(1)(A)(ii).

5        IT IS SO STIPULATED.

6

7    Dated: October 26, 2015          PAUL HASTINGS LLP

8                          By:    /s/RISHI N. SHARMA
                                   RISHI N. SHARMA
9                                  PETER A. COOPER
                                   *Attorneys for Plaintiff Paul A. Redd*
10

11   Dated: October 26, 2015          KAMALA D. HARRIS
12                                     Attorney General of The State of California

13

14                         By:    /s/SHARON A. GARSKE
                                   TRACE O. MAIORINO
15                                 SHARON A. GARSKE
                                   Deputy Attorney General
16                                 *Attorneys for Defendant Michael D. Daley*

17                              **ORDER**

18       In accordance with the parties stipulation, this action is dismissed with prejudice.

19   **IT IS SO ORDERED.**

20
21   Dated: _____10/27/15_____

22                          The Honorable _____
                            Judge Edward M. Chen

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:  **Redd v. Cambra, et al.**          No.   **C-98-20429 EMC**

I hereby certify that on <u>October 26, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; PROPOSED ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 26, 2015</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Frank M. Washko (SBN 252010)
Attorney
Black & Washko LLP
333 Main Street, Suite 2A
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 26, 2015</u>, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|:---:|:---:|
| Declarant | Signature |

CF1997CX0023
20782013.doc20782013.doc